IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02040-CMA-BNB

CITIMORTGAGE, INC., a New York corporation,

Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order and Extend Certain Deadlines** [docket no. 30, filed February 28, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2012**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 13, 2012**;

Discovery Cut-off is extended to and including **May 4, 2012**, solely for the purposes of completing depositions under Rules 30 and 31 (and without providing any extension for written discovery under Rules 33, 34 and 36, and the deadline for which shall remain unchanged, or, March 30, 2012).

DATED: March 1, 2012