**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02040-CMA-BNB

CITIMORTGAGE, INC., a New York corporation,

    Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,

    Defendant.

**ORDER ADOPTING AND AFFIRMING MARCH 27, 2012 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 3.) On March 27, 2012, Judge Boland issued a Recommendation (Doc. # 38), recommending that the Court deny Plaintiff's "Rule 12(f) Motion to Strike Certain of American Title Service Company's Affirmative Defenses" (Doc. # 8). On April 9, 2012, Plaintiff timely filed an objection (Doc. # 39), to which Defendant responded on April 23, 2012 (Doc. # 40).

When a magistrate judge issues a recommendation on a dispositive matter,[1] Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to."

---

[1] A motion to strike affirmative defenses is "adjudicated under the same standard as a motion to dismiss," *S.E.C. v. Nacchio*, 438 F. Supp. 2d 1266, 1287 (D. Colo. 2006), and is, therefore, treated as a dispositive matter, *see. e.g., Rosales v. Ortiz*, No. 06-cv-2438, 2008 WL 877173, at *1 (D. Colo. Mar. 27, 2008) (unpublished).

In conducting its review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

In the instant case, Plaintiff's objection calls for the Court to reject Judge Boland's Recommendation and to strike Defendant's Twelfth, Thirteenth, Fourteenth, and Eighteenth affirmative defenses. However, having conducted a *de novo* review of this case, including carefully reviewing all relevant pleadings, the Recommendation, Plaintiff's objection, and Defendant's response thereto, the Court determines that Judge Boland's Recommendation is correct, notwithstanding the arguments Plaintiff raises.

Accordingly, it is ORDERED that:

1. The Recommendation of Judge Boland (Doc. # 38), issued March 27, 2012, is ADOPTED and AFFIRMED as an Order of this Court.
2. Plaintiff's objection (Doc. # 39) is OVERRULED.
3. Pursuant to the Recommendation, Plaintiff's "Rule 12(f) Motion to Strike Certain of American Title Service Company's Affirmative Defenses" (Doc. # 8) is DENIED.

DATED:  July  20 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge