IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02040-CMA-BNB

CITIMORTGAGE, INC., a New York corporation,

Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,

Defendant.

_____

**ORDER**
_____

Good cause having been shown,

IT IS ORDERED that the Order to Show Cause [Doc. # 48] is DISCHARGED.

Dated September 17, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge