**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02040-CMA-BNB

CITIMORTGAGE, INC., a New York corporation,

    Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,

    Defendant.

---

**ORDER VACATING FINAL TRIAL PREPARATION CONFERENCE
IN LIGHT OF JOINT NOTICE OF SETTLEMENT**

---

    This matter is before the Court on the parties' Joint Notice of Settlement (Doc. # 70), filed November 7, 2012. The Court has reviewed the Notice, and in light of the statements set forth, hereby ORDERS:

    1.    The Final Trial Preparation Conference scheduled for Friday, November 9, 2012, at 1:30 PM, is VACATED;

    2.    The parties are to file a Stipulation of Dismissal by no later than **November 30, 2012**; and

    3.    The five-day jury trial set to commence December 3, 2012 will remain on this Court's docket until such time as a Stipulation of Dismissal is filed.

    DATED: November __07__, 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge