**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02040-CMA-BNB

CITIMORTGAGE, INC., a New York corporation,

    Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulated Motion To Dismiss With Prejudice (Doc. # 72), filed by the parties on November 28, 2012, and signed by the attorneys for the parties hereto, it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. It is

    FURTHER ORDERED that the five-day jury trial in this matter, set to commence December 3, 2012, is VACATED.

    DATED: November   29  , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge